**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| DAN BOGER on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 19-cv-01681 GJH |
| | : | |
| | : | |
| PRIME LEADS NETWORK, LLC, MOHAMMED AKRAM, THE DEVINE GROUP, JOSEPH GIGUERE INSURANCE AGENCY, INC., and ALLSTATE INSURANCE COMPANY | : | |
| | : | |
| Defendants. | : | |
| _____/ | | |

## **STIPULATION OF DISMISSAL**

To the Clerk:

Plaintiff and Defendant Allstate Insurance Company, pursuant to Fed. R Civ. P. 41, hereby stipulate to a voluntary dismissal with prejudice of all claims by Plaintiff against Allstate.

Defendant The Devine Group filed an answer at ECF 13. Defendant Joseph Giguere Insurance Agency, Inc. filed an answer at ECF 19.  Counsel for Devine and Giguere was granted leave to withdrew at ECF 42 and no new counsel has entered an appearance for those defendants.   A default was entered against Defendant Prime Leads Network, LLC at ECF 21. No monetary judgment has been entered pursuant to that default.  Defendant Mohammed Akram has not filed an answer.  Plaintiff requests that a dismissal under Rule 41 be entered as to Plaintiff's claims against all of the defendants.

PLAINTIFF, by his attorney

*/s/*_____
Stephen H. Ring, Esquire
STEPHEN H. RING, PC
9901 Belward Campus Drive, Suite 175
Rockville, Maryland 20850
(301) 563-9249
shr@ringlaw.us
USDC-MD Attorney No. 00405

*/s/*_____
[Signature of Lewis S. Wiener applied
here by Stephen H. Ring as authorized by Mr. Wiener
via email on September 22, 2020. /s/ Stephen H. Ring]
Lewis S. Wiener (#10845)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
Email: lewiswiener@eversheds-sutherland.com
Francis X. Nolan (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036 -7703
Telephone: 212-389-5083
Facsimile: 212-389-5099 Email: franknolan@eversheds-sutherland.com

*Counsel for Defendant Allstate Insurance Company*