# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **DAN BOGER,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No.: GJH-19-1681** |
| **PRIME LEAD NETWORK, LLC, ET AL,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the Stipulation of Dismissal Filed by Plaintiff, ECF No. 49, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Plaintiff's claims against all Defendants are **DISMISSED**; and
2. The Clerk shall **CLOSE** the case.

Dated: September 28, 2020

/s/_____
GEORGE J. HAZEL
United States District Judge